# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2015

Robert P. Young, Jr.,
Chief Justice

151467 & (5)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

TRAVIS BAKER and REBECCA BAKER,
　　　　　Plaintiffs,

v

ATTORNEY GRIEVANCE COMMISSION,
　　　　　Defendant.

SC: 151467
AGC: 0053-15

_____/

　　　　On order of the Court, the motion to remove seal is DENIED. The complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2015



Clerk

a0908